**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LARRY KLAYMAN**,<br>Plaintiff,<br>v.<br>**DEPARTMENT OF HOMELAND SECURITY**,<br>Defendant. | Case No. 26-cv-1195 (CRC) |

# ORDER

Plaintiff Larry Klayman filed a petition for a writ of mandamus on April 8, 2026, seeking to compel the United States Department of Homeland Security to investigate his allegations of immigration and other fraud. See ECF No. 1. Plaintiff never filed proof of service on the docket. The Court entered a Minute Order on July 15, 2026, directing Plaintiff to show cause in writing by July 27, 2026 why the case should not be dismissed for lack of service. Having received no response to its order to show cause, the Court hereby dismisses this case under Fed. R. Civ. P. 4(m), which requires dismissal where "a defendant is not served within 90 days after the complaint is filed" and there is no good cause shown for the failure to do so.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: August 4, 2026